**Petition for Writ of Mandamus Denied and Memorandum Opinion filed April 23, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00977-CV**

---

**IN RE STEIG ERICKSON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**312th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-47632**

---

## MEMORANDUM OPINION

On December 29, 2023, relator Steig Erickson filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221(c)(2); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable

Treasea Treviño, associate judge of the 312th District Court of Harris County, to vacate the trial court's December 21, 2023 temporary orders.[1]

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.

---

[1] The Honorable Treasea Treviño is an associate judge of the 312th Family District Court of Harris County. The Honorable Teresa J. Waldrop is the presiding judge. Judge Treviño signed the complained-of temporary orders. *See* Tex. Gov't Code Ann. § 22.221(c)(2) (writ power over "an associate judge of a district or county court appointed by a judge under Chapter 201, Family Code, in the court of appeals district for the judge who appointed the associate judge").